LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| TUSI FROST, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| WAL-MART STORES, INC., | ) Case No. 3AN-14-05980 CI |
| Defendant. | ) ) ) |

### NOTICE OF REMOVAL FROM STATE COURT TO UNITED STATES DISTRICT COURT

TO: Clerk of Court
Alaska Court System
Third Judicial District at Anchorage

AND TO: Charles W. Coe
810 W. 2nd Avenue
Anchorage, AK 99501

Please take notice that pursuant to the provisions of 28 U.S.C. § 1446(d) the Notice of Removal, a copy of which is attached hereto as Exhibit A (without Exhibits), effecting the removal for all purposes of the above-captioned action, Case No. 3AN-14-05980 CI, to the United States District Court for the District of Alaska from the Superior Court for the State of Alaska, Third Judicial District at Anchorage, was filed by the defendant Walmart Stores, Inc. on April 11, 2014, with the Clerk of the United States District Court for the District of Alaska.

EXHIBIT A

DATED this 11th day of April, 2014, at Anchorage, Alaska.

RICHMOND & QUINN
Attorneys for Defendant
Wal-Mart Stores, Inc.

By: *Ken Gutsch*
Kenneth M. Gutsch,
Alaska Bar No. 8811186

CERTIFICATE OF SERVICE
I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this 11th day of April, 2014 on:

Charles W. Coe
810 W. 2nd Avenue
Anchorage, AK 99501

*Susan Winter*
RICHMOND & QUINN
2245.059/PLD/Notice of Removal – State Court

Notice of Removal from State Court to United States District Court
Tusi Frost v. Walmart Store, Inc.; Case No. 3AN-14-05980 CI
Page 2 of 2

Case 3:14-cv-00073-HRH   Document 1-1   Filed 04/11/14   Page 2 of 2

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953